1  STEVEN W. PITE (CA SBN 157537)
   JOHN D. DUNCAN (CA SBN 179560)
2  CASPER J. RANKIN (CA SBN 249196)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   San Diego, CA 92117
4  Telephone: (619) 590-1300
   Facsimile: (619) 590-1385
5
   Attorneys for  GMAC MORTGAGE, LLC, its successors and/or assigns
6

7

8                     UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10 | In re | Case No. 08-46410 |
| --- | --- |
11 | RICHARD LAWRENCE GIFFORD AND | Chapter 13 |
   | VALERIE FAYE GIFFORD, | |
12 | | GMAC MORTGAGE, LLC'S REQUEST |
   | Debtor(s). | FOR SPECIAL NOTICE AND SERVICE |
13 | | OF PAPERS AND RESERVATION OF |
   | | RIGHTS |

14

15              UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL

16 TO:

17              INTERESTED PARTIES

18              PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for

19 GMAC MORTGAGE, LLC, its successors and/or assigns, hereby requests special notice of all

20 events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed

21 in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules

22 of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing

23 of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as

24 well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-

25 interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local

26 Rules of the above-referenced bankruptcy court.

27              PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the

28 Master Mailing List in this case, the following address be used:

| | |
|---|---|
| 1 | Casper J. Rankin |
| 2 | PITE DUNCAN, LLP<br>4375 Jutland Drive<br>Suite 200 |
| 3 | San Diego, CA 92117 |

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

      a.     Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

      b.     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

      c.     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

      d.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: November 14, 2008                PITE DUNCAN, LLP

                                          /s/ Casper J. Rankin (CA SBN 249196)
                                          Attorneys for GMAC MORTGAGE, LLC, its successors and/or assigns

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND |
| 3 | SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on November 14, 2008. |
| 4 | Service was accomplished by the method and to the following as indicated: |
| 5 | BY ELECTRONIC NOTICE OR FIRST CLASS MAIL |

Richard Lawrence Gifford
Valerie Faye Gifford
4253 Pasa Tiempo Ct.
Redding, CA 96002

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

U.S. Trustee
Department of Justice
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2008, at San Diego, California.

/s/ Christina K. Johnson

Case: 08-46410    Doc# 11    Filed: 11/14/08    Entered: 11/14/08 13:44:45    Page 3 of 3