Loan No. 5364

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------X                Chapter 13
IN RE:                                                                            Case # 08-46410
Richard Lawrence Gifford and Valerie Faye Gifford

    Debtor(s)                                                              **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Deutsche Bank National Trust Company as Trustee hereby appears in the above action, and demands that all papers in the case be served on Deutsche Bank National Trust Company as Trustee at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: January 27, 2009
        Plainview, New York

        /S/ Andrew Goldberg
        Authorized agent for Barclays Capital Real Estate Inc, dba HomEq Servicing as servicing agent for Deutsche Bank National Trust Company as Trustee
        c/o Rosicki, Rosicki & Associates, P.C.
        Outsource Management Department
        Main Office: 51 E. Bethpage Road
        Plainview, New York 11803
        Phone: (516) 741-2585
        Fax (516) 873-7244
        Email: Bkmail@rosicki.com

TO:

Patrick L. Forte, Esq
Attorney for Debtor
1 Kaiser Plaza #480
Oakland, CA 94612

Martha G. Bronitsky, Esq
Trustee
P.O. Box 5004
Hayward, CA 94540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------X      Chapter 13
IN RE:                                                    Case # 08-46410
   Richard Lawrence Gifford  and Valerie Faye Gifford

            Debtor(s)                                **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
            ss:
COUNTY OF NASSAU )

   Wendy Sinrilus, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

   On January 27, 2009, I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Patrick L. Forte, Esq
Attorney for Debtor
1 Kaiser Plaza #480
Oakland, CA 94612

Martha G. Bronitsky, Esq
Trustee
P.O. Box 5004
Hayward, CA 94540

                                    /s/ Wendy Sinrilus
                                    Wendy Sinrilus

Sworn to before me on
January 27, 2009
/s/ Betsy P. Tarr
NOTARY PUBLIC              BETSY P. TARR
                           NOTARY PUBLIC, State of New York
                           No. 01TA6000083
                           Qualified in Nassau County
                           Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
---------------------------------------------------x
IN RE:

Richard Lawrence Gifford  and Valerie Faye Gifford
         Debtor(s)

---------------------------------------------------x

**REQUEST FOR NOTICE**

ROSICKI, ROSICKI  & ASSOCIATES, P.C.
Outsource Management Department
Main Office: 51 E. Bethpage Road
Plainview, New York 11803