JaVonne M. Phillips, Esq., SBN 187474
Kristin A. Schuler-Hintz, Esq., SBN 207989
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of March 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR1 Mortgage Pass-Through Certificates Series 2007-BR1, its assignees and/or successors and the servicing agent Barclays Capital Real Estate Inc. dba HomEq Servicing

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 08-46410 N |
| Richard Lawrence Gifford, | Chapter 13 |
| Valerie Faye Gifford, | RS No. KSH-2666 |
| | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Debtors. | Date: 04/29/09 |
| | Time: 10:30 am |
| | Ctrm: 220 |
| | Place: 1300 Clay Street |
| | Oakland, CA |

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may

commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtors' property, commonly known as 1417 Mellisa Circle, Antioch, CA 94509, ("Property" herein).

As stated in the attached Declaration, the Debtors have failed to make 4 post-petition payments (12/08 through 3/09).

Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the ten day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.

Dated: April 2, 2009  McCarthy & Holthus, LLP

By: /s/ Kristin A. Schuler-Hintz, Esq.
Kristin A. Schuler-Hintz, Esq.
Attorneys for Secured Creditor