PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 08-46410 RN |
| **RICHARD LAWRENCE GIFFORD and VALERIE FAYE GIFFORD,** | Chapter 13 |
| Debtors. | MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF **DEADLINE TO REQUEST A HEARING** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing September, 2009, debtors shall pay the sum of $750.00 per month for the months of September, October and November, 2009. Commencing December, 2009, debtors shall pay the sum of $1,615.00 per month. Any plan arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Ms. Gifford has been out of work since June, 2009 and expects to be employed by December, 2009.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

1  followed and that any objection to the requested relief, or a request for
2  hearing on the matter must be filed and served upon the undersigned
3  within twenty (20) days of mailing of this notice;

4  (ii)  That a request for hearing or objection must be accompanied
5  by any declarations or memoranda of law the party objecting or requesting
6  wishes to present in support of its position;

7  (iii)  That if there is not a timely objection to the requested
8  relief or a request for hearing, the Court may enter an order granting
9  the relief by default; and

10  (iv)  That the undersigned will give at least ten (10) days written
11  notice of hearing to the objecting or requesting party, and to any
12  trustee or committee appointed in the case, in the event an objection or
13  request for hearing is timely made.

Dated:  September 1, 2009

                                    /s/ Corrine Bielejeski
CORRINE BIELEJESKI
Attorney for Debtors

Page 2 of 2

Case: 08-46410   Doc# 37   Filed: 09/01/09   Entered: 09/01/09 15:13:05   Page 2 of 2