PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                          **Case No. 08-46410 WJL**

**RICHARD LAWRENCE GIFFORD and**          **Chapter 13**
**VALERIE FAYE GIFFORD,**
                                                    **OBJECTION TO CLAIM #9-1 OF**
                                                    **WACHOVIA DEALER SERVICES**
                            **Debtors.**            **AND OPPORTUNITY FOR HEARING**
_____/

 The undersigned objects to allowance of Claim No. 9-1 filed by Wachovia

Dealer Services

     ( )  For any amount

     (X)  Except as an unsecured deficiency claim from August 2011 and

         on.

     ( )  Except as a secured arrearage claim for $_____.

     ( )  Except as an unsecured non-priority claim for $_____.

for the following reason:

Debtors have modified their plan to surrender the 2006 Chrysler Town &

Country.

**PLEASE TAKE NOTICE:**

     (i)  That Local Rule 9014-1 of the United States Bankruptcy Court

Case: 08-46410   Doc# 58   Filed: 08/15/11   Entered: 08/15/11 12:44:12   Page 1 of 2

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this Notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.


Dated: August 15, 2011                    /s/ Anne Y. Shiau
                                          Anne Y. Shiau
                                          Attorney for Debtors