```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                     Case No. 08-46410 WJL

**RICHARD LAWRENCE GIFFORD and**               Chapter 13
**VALERIE FAYE GIFFORD,**
                                               **MOTION TO MODIFY CHAPTER 13 PLAN**
   Debtors.
_____/

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing October 2011, debtors will pay $1,442.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: To make the plan feasible.

Dated: October 6, 2011

                                            /s/ Patrick L. Forte
                                            PATRICK L. FORTE
                                            Attorney for Debtors