```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-46410 WJL** |
| **RICHARD LAWRENCE GIFFORD and VALERIE FAYE GIFFORD,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing September 2012, debtors will pay $1,442.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtors recently moved and incurred moving expenses which prevented them from making their July 2012 plan payment.

Dated: August 24, 2012

                                            /s/ Anne Y. Shiau
                                            ANNE Y. SHIAU
                                            Attorney for Debtors